UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/25/19

UNITED STATES OF AMERICA,

v.

TYRUS HARRIS,

Defendant.

No. 16-CR-112 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In March 2016, jurisdiction over Defendant Tyrus Harris' supervised release was transferred to this Court. Mr. Harris has since completed four years of his five-year supervised release term.

On October 15, 2019, Mr. Harris filed a motion for the early termination of his supervised release term. The Court requested a response from the Government. On November 22, the Government wrote to the Court that it "conferred with the Probation Office supervising Mr. Harris, and consents to his request to terminate his supervised release." Dkt. 8.

Accordingly, after reviewing Mr. Harris' motion and the Government's response, as well as speaking with Mr. Harris' probation officer, the Court grants Mr. Harris' motion for early termination of his five-year supervised release term, to be effective immediately.

SO ORDERED.

Dated:    November 25, 2019
          New York, New York

Ronnie Abrams
United States District Judge